IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ARNOLDO BELMONTES, # 65713-079                                     PETITIONER

v.                                              CIVIL ACTION NO. 5:06cv148-DCB-MTP

CONSTANCE REESE                                                RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus [1] be, and the same is, hereby dismissed without prejudice.

SO ORDERED this the 14th day of May, 2009.

                                                   s/David Bramlette
                                                   UNITED STATES DISTRICT JUDGE